[Civil No. 486.]

C. E. CROWLEY, Petitioner, v. THE DISTRICT COURT OF MARICOPA COUNTY and THE HONORABLE A. C. BAKER, the Judge of said Court, Respondent.

ORIGINAL APPLICATION for Writ of Mandamus.

C. F. Ainsworth, for Petitioner.

Thomas Armstrong, Jr., for Respondent.

July 15, 1895. Writ denied.

---

[Civil No. 390.]

ADOLPH COHN, Appellant, v. A. J. MEHAN et al., Appellees.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. Richard E. Sloan, Judge.

Affirmed. 174 U. S. 539, S. C. Rep. 802, 43 L. Ed. 1077.

W. H. Barnes, M. A. Smith, and William C. Stahle, for Appellant.

James Reilly, and Allen R. English, for Appellees.

July 31, 1895. Affirmed.

---

[Criminal No. 105.]

JOSÉ MARIA SORTILLON, Appellant, v. UNITED STATES OF AMERICA, Respondent.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

Kibbey & Israel, for Appellant.

E. E. Ellinwood, United States District Attorney, for Respondent.

July 31, 1895. Reversed.